**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 16-cv-00223-REB

KENNETH R. KLAUS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER FOR JUDGMENT AND REMAND

**Blackburn, J.**

The matter before me is **Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g)** [#17],[1] filed April 26, 2016.  By this motion, defendant requests the court remand this matter for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).  Having reviewed the motion and the file, and being apprised of the premises, the court finds and concludes that the motion is well-taken and should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That **Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g)** [#17], filed April 26, 2016, is granted,

    2.  That the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is reversed;

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

3. That this matter is remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

4. That judgment shall enter in favor of plaintiff and against defendant in accordance with Fed. R. Civ. P. 58 and consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302, 113 S.Ct. 2625, 2628-32, 125 L.Ed.2d 239 (1993); and

5. That plaintiff is awarded his costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 and 28 U.S.C. § 2412(a)(1).

Dated April 27, 2016, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge